IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE ANTONIO RIVERA QUINONES,<br>Petitioner,<br><br>v.<br><br>SUPERINTENDENT MICHAEL HARLOW, and PA ATTORNEY GENERAL,<br>Respondents. | CIVIL ACTION<br><br><br><br>NO.  13-5071 |

### O R D E R

**AND NOW**, this 6th day of August, 2014, upon consideration of Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody filed by *pro se* petitioner, Jose Antonio Rivera Quinones, the record in this case, and the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter dated January 15, 2014, no objections having been filed,[1] **IT IS ORDERED** as follows:

1.  The Report and Recommendation of United States Magistrate Judge Thomas J. Rueter dated January 15, 2014, is **APPROVED AND ADOPTED**;

2.  The Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody filed by *pro se* petitioner, Jose Antonio Rivera Quinones, is **DISMISSED** as time barred;

3.  A certificate of appealability will not issue because reasonable jurists would not debate the propriety of this Court's procedural rulings with respect to petitioner's claims.  *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

BY THE COURT:

/s/ Hon. Jan E. DuBois
_____
DuBOIS, JAN E., J.

---

[1] The Court granted *pro se* petitioner's requests for extension of time to file objections on three occasions, first to March 24, 2014, second to May 21, 2014, and finally to July 17, 2014.  No objections were filed.